1

**ARNOLD  LAW FIRM**
MARK A. ARNOLD (CABN 94872)

2

45 East Julian Street
San Jose,   CA    95112

3

Telephone: (408) 286-6320
Fax: (408) 286-9155

4

marnold@markarnoldlaw.com

5

Attorney for Defendant
Ngan Diep

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN JOSE DIVISION**

11

12

UNITED STATES OF AMERICA,     )     Criminal Case No. 13-CR-00076-09 RMW

13

                )

             Plaintiff,    )

14

vs.                    )     **STIPULATION AND**

                )     **[PROPOSED]**    **ORDER**

15

                )     **CONTINUING SENTENCING**

16

NGAN KIM DIEP, ET. AL.,       )

                )

            Defendant,   )

17

_____)

18

19

    Defendant NGAN KIM DIEP is presently scheduled for sentencing on December 7, 2015,

20

at 9:00 a.m. I, Mark Arnold, the attorney for Defendant Diep, am presently unavailable due to

21

recent surgery on October 7, 2015. I have been informed by Benjamin Flores, the Probation

22

Officer assigned to this matter, that in order to accommodate the presently set sentencing date,

23

the draft PSR has to be filed by November 2, 2015, with the pre-sentence interview sufficiently

24

in advance of that date to allow for the preparation of the PSR. Prior to the scheduling of my

25

recent surgery, Mr. Flores and I had been attempting to coordinate the pre-sentence interview

26

of Ms. Diep, but because of the need to accommodate my schedule, Mr. Flores' schedule and

27

28

STIPULATION AND [PROPOSED] ORDER
Case No. 13-CR-00076-09 RMW

1   the schedule of the Vietnamese language interpreter, the first agreeable mutual date for the

2   interview was October 14, 2015. While this would have allowed sufficient time for the draft PSR

3   to be completed, I was  then contacted to advance long-awaited surgery from late October to

4   October 7, 2015. Having had the surgery on October 7th, due to the period of recovery, I was

5   unavailable for the pre-sentence interview on October 14th, leaving now insufficient time to

6   conduct the interview and prepare the draft PSR within the statutory deadlines. I have discussed

7   this matter with Mr. Flores, who has suggested the new sentencing date of January 11, 2016, to

8   best accommodate his schedule.

9        Richard Cheng, the Assistant United States Attorney assigned to this matter, has no

10   objection to continuing sentencing until January 11, 2016.

11        It is hereby requested by joint stipulation of the parties that the sentencing date

12   currently set for December 7, 2015, be continued until January 11, 2016.

13

14        It is so stipulated.

15   Dated: October19, 2015            _____/s/_____
16                                     Mark Arnold
                                       Attorney for Ngan Diep
17
     Dated: October 19, 2015          _____/s/_____
18                                     Richard Cheng
                                       Assistant United States Attorney
19

20   **IT IS SO ORDERED**

21        Upon stipulation of the parties and good cause appearing therefore, the sentencing

22   hearing in the above-entitled matter presently set for December 7, 2015, is continued to

23   January 11, 2016, at 9:00 a.m.

24   DATED:  10/26/2015

25

26                                     _____
                                       THE HONORABLE RONALD M. WHYTE
27                                     United States District Judge

28

STIPULATION AND [PROPOSED] ORDER
Case No. 13-CR-00076-09 RMW                     2